ORIGINAL

**IN THE UNITED STATES COURT**
**OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE ONYX GROUP, INC.<br>1199 N. Fairfax Street, Suite 600<br>Alexandria, VA 22314<br><br>Plaintiff,<br><br>- v -<br><br>UNITED STATES OF AMERICA<br><br>Defendant | ) | No: 06-763 C |

**CERTIFICATE OF SERVICE**

I, the undersigned counsel of record for The Onyx Group, Inc., certify that I caused to be delivered two copies of the following documents:

Plaintiff's Complaint

Plaintiff's Certificate of Service

Plaintiff's Motion for Preliminary Injunction and Draft Order

Plaintiff's Memorandum in Support of its Motion for a Preliminary Injunction

upon the following:

***Via Hand Delivery:***

Mark Melnick
Department of Justice
Commercial Litigation Branch, Civil Division,
8th Floor
1100 L Street, N.W.
Washington, DC 20530

Don Pilling, President
LMI (the awardee)
2000 Corporate Ridge
McLean, Virginia 22102-7805

**Via Email (.pdf format):**

James P. Cochran
Jim.Cochran@kirtland.af.mil
Contracting Officer
377 CONS/BASE Support Flight
2000 Wyoming Blvd., SE
Bldg. 20604 Room B-18
Albuquerque, NM 87117
(505) 846-4877

G. Patrick Elder, Esq.
Patrick.Elder@kirtland.af.mil
377 CONS/BASE Support Flight
2000 Wyoming Blvd., SE
Bldg. 20604 Room B-18
Albuquerque, NM 87117
(505) 846-1542

Respectfully submitted,

William T. Welch
BARTON, BAKER, McMAHON & TOLLE, LLP
1320 Old Chain Bridge Road, Suite 440
McLean, Virginia 22101
(703) 448-1810 (ex. 22) - Telephone
(703) 448-3336 - Facsimile
Attorney of Record

Of Counsel:
J. Patrick McMahon
BARTON, BAKER, McMAHON,
& TOLLE, LLP
1320 Old Chain Bridge Road, Suite 440
McLean, Virginia 22101
(703) 448-1810 - Telephone
(703) 448-3336 - Facsimile

Dated: November 13, 2006