ORIGINAL

**IN THE UNITED STATES COURT**
**OF FEDERAL CLAIMS**

THE ONYX GROUP, INC.
1199 N. Fairfax Street, Suite 600
Alexandria, VA 22314

Plaintiff,

- v -

UNITED STATES OF AMERICA

Defendant

No: 06-763 C

## MOTION FOR PRELIMINARY INJUNCTION

Pursuant to the U.S. Court of Federal Claims Rules of Procedure, The Onyx Group, Inc. ("Onyx"), by counsel, respectfully applies to this Court for entry of a preliminary injunction to enjoin the Defendant, its officers, agents and employees, and all other persons in active concert or participation with them, from proceeding with any activities relating to the performance or administration of a contract arising from Solicitation No. FA9401-06-T-0028, ("the Solicitation" or "the RFQ"), issued by the defendant United States of America, acting by and through the United States Department of the Air Force, Air Force Safety Center ("the Air Force", "the Agency", or "Government") for hazard deficiency software (CLIN 0001), installation and configuration of the software (CLIN 0002), and training (CLIN 0003), until a hearing may be had on the merits of issuing a preliminary and/or permanent injunction.

In support of this motion, the plaintiff files herewith its memorandum of points and authorities.

Respectfully submitted,

William T. Welch
BARTON, BAKER, McMAHON & TOLLE, LLP
1320 Old Chain Bridge Road, Suite 440
McLean, Virginia 22101
(703) 448-1810 (ex. 22) - Telephone
(703) 448-3336 - Facsimile
Attorney of Record

Of Counsel:
J. Patrick McMahon
BARTON, BAKER, McMAHON
& TOLLE, LLP
1320 Old Chain Bridge Road, Suite 440
McLean, Virginia 22101
(703) 448-1810 - Telephone
(703) 448-3336 - Facsimile

Dated: November 13, 2006