# In the United States Court of Federal Claims

**No. 06-763C**
**(Filed: November 14, 2006)**

* * * * * * * * * * * * * * * * *
*
**THE ONYX GROUP, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER

Based on the government's representation during the November 14, 2006 status conference in the above-captioned case that it will issue a stop work order for all work arising from the Solicitation until the court decides the case on the merits, the court will endeavor to complete review of the case on an expedited schedule as detailed below.[1]

| | |
|---|---|
| **Friday, November 17, 2006** | Parties shall file a protective order. |
| **Monday, November 20, 2006** | Defendant shall file the administrative record on CD pursuant to Rule 52.1(a). |
| **Wednesday, November 22, 2006** | Defendant shall provide the court with a courtesy paper copy of the administrative record. |

[1]Once the stop work order is issued, plaintiff has agreed to withdraw its motion for a preliminary injunction and for the case to be resolved on the merits.

| | |
|---|---|
| **Wednesday, November 29, 2006** | Plaintiff shall file its motion for judgment on the administrative record under Rule 52.1(b). |
| **Wednesday, December 13, 2006** | Defendant shall file its cross-motion for judgment on the administrative record. Defendant shall also file its response to Plaintiff's motion for judgment on the administrative record. |
| **Friday, December 15, 2006** | Oral argument shall be held on the parties' cross-motions at **10:00 am**. |

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge