IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE ONYX GROUP, Plaintiff, | ) | No. 06-763C |
| v. | ) | (Judge Firestone) |
| THE UNITED STATES, Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of David D'Alessandris, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

David D'Alessandris,
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Phone: (202) 307-0139
Fax: (202) 305-1571

Attention: Classification Unit
8th Floor 1100 L Street, N.W.
Washington, DC 20530

s/David D'Alessandris
David D'Alessandris
Commercial Litigation Branch
Civil Division
Department of Justice
Tele:(202) 307-0139
Fax: (202) 305-1571

November 14, 2006

CERTIFICATE OF FILING

I hereby certify that on November 14, 2006, a copy of the forgoing “NOTICE OF APPEARANCE” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ David D’Alessandris