IN THE UNITED STATES COURT OF FEDERAL CLAIMS

THE ONYX GROUP, )
)
Plaintiff, )
) No. 06-763C
v. )
) (Judge Firestone)
UNITED STATES, )
)
Defendant. )

**<u>DEFENDANT'S UNOPPOSED MOTION FOR A PROTECTIVE ORDER</u>**

Pursuant to Rule 26(c) of the Rules of the United States Court of Federal Claims, defendant respectfully requests this Court enter a Protective Order prohibiting the disclosure of secret, confidential, and other proprietary information in accordance with the terms and conditions set forth in the proposed Protective Order. Counsel for plaintiff does not oppose this motion.

For the foregoing reasons, defendant respectfully requests that this Court issue the proposed Protective Order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

<u>s/ William F. Ryan</u>
WILLIAM F. RYAN
Assistant Director

s/ David D'Alessandris
DAVID D'ALESSANDRIS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 307-1011

November 15, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2006, a copy of the forgoing "DEFENDANT'S UNOPPOSED MOTION FOR A PROTECTIVE ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David D'Alessandris