# In the United States Court of Federal Claims

**No. 06-763C**
**(Filed: November 16, 2006)**

* * * * * * * * * * * * * * * * *
*
**THE ONYX GROUP, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER ON MOTION

Based upon a review of defendant's November 15, 2006, unopposed motion for a protective order, to which plaintiff does not object, it is hereby ORDERED.

The attached protective order, as signed by the court, shall be FILED THIS DAY

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge