# In the United States Court of Federal Claims

**No. 06-763C**
**(Filed: November 29, 2006)**

* * * * * * * * * * * * * * * * *
*
**THE ONYX GROUP, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**ORDER STAYING CASE**

Based on the government's representation during the November 29, 2006 status conference that it will take corrective action in the above-captioned case by terminating the award for the convenience of the government, the case is hereby **STAYED** until **Wednesday, December 6, 2006**, by which time the parties shall file a joint stipulation of dismissal or a joint status report.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge