IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE ONYX GROUP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-763C |
| v. | ) | |
| | ) | (Judge Firestone) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Rules of the United States Court of Federal Claims ("RCFC"), and based upon the Government's termination for convenience of contract GS-00F-0026M, delivery order FA9401-06-F-9105, on November 29, 2006, the parties hereto, acting through their respective counsel of record, hereby stipulate and agree that this action be, and hereby is, dismissed with prejudice, with each party bearing its own costs.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ William F. Ryan
WILLIAM F. RYAN
Assistant Director

s/ William T. Welch by s/ David D'Alessandris
WILLIAM T. WELCH
BARTON, BAKER, McMAHON
& TOLLE, LLP
1320 Old Chain Bridge Rd
Suite 440
McLean, VA 22101

Tele: (703) 448-1810
Facsimile: (703) 448-3336

Attorney for Plaintiff
December 4, 2006

s/ David D'Alessandris
DAVID D'ALESSANDRIS
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor,
1100 L Street,
Washington, D.C. 20530
Tele: (202) 307-1011
Facsimile: (202) 514-8624

Attorneys for Defendant
December 4, 2006

CERTIFICATE OF FILING

I hereby certify that on December 4, 2006 a copy of the forgoing "JOINT STIPULATION OF DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David D'Alessandris